473 A.2d 689

Commonwealth v. Bittner, Appellant.

Submitted

630

October 21, 1983. Norman M. Yoffe, for appellant; Edgar Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.